UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADAAM S. SAMAAN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>FERETI SEMAIA, Warden, et al.,<br><br>　　　　Respondents. | Case No. EDCV 24-01986 MWC (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Amended Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

　　IT IS ORDERED that (1) Respondents' Motion to Dismiss is GRANTED; (2) the Amended Petition for Writ of Habeas Corpus is DENIED; (3) Petitioner's Request for an Evidentiary Hearing is DENIED; and (4) Judgment shall be entered dismissing this action without prejudice.

1     IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the
2 Judgment herein on counsel for Petitioner and counsel for Respondents.

4     LET JUDGMENT BE ENTERED ACCORDINGLY.

6 DATED: July 18, 2028

                                          MICHELLE WILLIAMS COURT
                                          UNITED STATES DISTRICT JUDGE