JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SADDAM S. SAMAAN, | Case No. EDCV 24-1986 MWC (PVC) |
| Petitioner, | |
| v. | **JUDGMENT** |
| FERETI SEMAIA, Warden, et al., | |
| Respondents. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: July 18, 2025

_____
MICHELLE WILLIAMS COURT
UNITED STATES DISTRICT JUDGE